# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Joseph H. Rodriguez |
| v. | Criminal No. 12-441 (JHR) |
| BRIAN KILLION | |

## **O R D E R**

An Indictment having been filed on June 26, 2012, in the above-captioned matter; the defendant, having appeared on July 10, 2012 before a this Court for an Arraignment on that Indictment; the defendant having been detained and held without bail; it having been represented to the Court that the defendant wishes to continue the proceedings for approximately sixty (60) days for the defense to conduct additional investigation and consult with forensic experts; and to allow the parties to engage in further plea negotiations; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and defense counsel giving his consent to the entry of this Order;

The Court having found that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial; and for good cause shown:

IT IS on the 3rd day of May, 2013,

ORDERED that the period from the date this Order is signed, to and including June 30, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974 pursuant to the provisions of Title 18, United States Code, Section 3161(h)(8)(A);

for /s/ Jerome B. Simandle
HONORABLE JOSEPH H. RODRIGUEZ
Senior United States District Judge

/s/ Jacqueline M. Carle
Jacqueline M. Carle, AUSA

/s/ Lisa E. Lewis
Lisa Evans Lewis, Esquire
Counsel for Brian Killion